[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-11803

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

*versus*

THOMAS CHARLES SINGLETARY,

                                        Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia
D.C. Docket No. 7:21-cr-00050-HL-TQL-1

_____

Before NEWSOM, BRASHER, and BLACK, Circuit Judges.

PER CURIAM:

The Government's motion to dismiss this appeal pursuant to the appeal waiver in Appellant's plea agreement is **GRANTED**. *See United States v. Bushert*, 997 F.2d 1343, 1351 (11th Cir. 1993) (sentence-appeal waiver will be enforced if it was made knowingly and voluntarily); *United States v. Boyd*, 975 F.3d 1185, 1192 (11th Cir. 2020) (sentence-appeal waiver will be upheld even if the district court did not question defendant on each waiver exception so long as it was conveyed that defendant was giving up his right to appeal under most circumstances); *United States v. Howle*, 166 F.3d 1166, 1169 (11th Cir. 1999) (waiver of the right to appeal includes waiver of the right to appeal difficult or debatable legal issues or even blatant error).